No. D–790.   IN RE DISBARMENT OF FITZGERALD.   It is ordered that John P. Fitzgerald, of Jupiter, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–7146.   WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS v. ARKANSAS ET AL.   Sup. Ct. Ark.   Motion of respondent Simmons for expedited review denied.   Motion of respondent Simmons for oral argument denied.   Motion of respondent Simmons to be present at oral argument denied.   Motion of respondent Simmons to require petitioner to post bond denied.

No. 88–6989.   IN RE BALAWAJDER; and
No. 88–7012.   IN RE REID.   Petitions for writs of mandamus denied.

No. 88–1650.   TAFFLIN ET AL. v. LEVITT ET AL.   C. A. 4th Cir.   Certiorari granted limited to Question 2 presented by the petition.

No. 88–589.   SULLIVAN v. HARTFORD ACCIDENT & INDEMNITY CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 88–761.   YODER v. CELEBREZZE, ATTORNEY GENERAL OF OHIO.   C. A. 6th Cir.   Certiorari denied.   F. 2d 197.

No. 88–1039.   SMITH ET AL. v. PRISCO ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–1271.   KLEPAK v. DOLE, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 88–1344.   MIRON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–1349.   RICHMANN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.